IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HUGH HARRISON,

    Plaintiff,

v.

EDWARD VLACK, and
DONALD GILLEN,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-230-bbc

---

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor defendants dismissing the complaint without prejudice for lack of jurisdiction under the Rooker-Feldman doctrine.

By: *[signature]* Deputy Clerk
Peter Oppeneer, Clerk of Court

Date: 6-11-10